# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>HAILONG ZHU<br><br>*Defendant(s)* | Case No. 1:23-MJ-63<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 2022 to present** in the city/county of **Falls Church** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1956(h) | Conspiracy to commit money laundering |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Carina A. Cuellar
*Printed name and title*

*Christopher Saunders*
*Complainant's signature*

Christopher Saunders, USSS Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 3/10/2023

Digitally signed by Ivan Davis
Date: 2023.03.10 12:30:04 -05'00'
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, United States Magistrate Judge
*Printed name and title*