IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 1:23-cr-81 |
| HAILONG ZHU, | |
| Defendant. | |

## GOVERNMENT'S AMENDED EXHIBIT LIST

The Government hereby files its amended exhibit list. The only changes are that Group 2 and Exhibit 3-1 have been removed.

| GX # | Description | Identifier | Offered | Admitted |
|---|---|---|---|---|
| **GROUP 1 - K.D.F Documents** | | | | |
| 1-1 | K.D.F. Telegram Chats | PHYSICAL | | |
| 1-1A | K.D.F. Selected Telegram Chats #1 | | | |
| 1-1B | K.D.F. Selected Telegram Chats #2 | | | |
| 1-1C | K.D.F. Selected Telegram Chats #3 | | | |
| 1-1D | K.D.F. Selected Telegram Chats #4 | | | |
| 1-1E | K.D.F. Selected Telegram Chats #5 | | | |
| 1-2 | K.D.F. Wire Transfer Forms | US-00000065-69, US-00016117-161199 | | |
| 1-3 | K.D.F. ASX Loan Note | US-00016120 | | |
| 1-4 | SoFi Loan Agreement | US-00009369 | | |
| 1-4A | SoFi Loan 902(11) Certification | US-00020071 | | |
| 1-4B | SoFi Loan Agreement (signed) | US-00009343 | | |
| 1-5 | K.D.F. Wire Transfer Form | US-00016112 | | |
| | | | | |
| **GROUP 2 – *Intentionally Omitted*** | | | | |
| | | | | |
| **GROUP 3 - M.C. Documents** | | | | |
| 3-1 | *Intentionally omitted* | | | |
| 3-2 | M.C. Selected Whatsapp Chats | US-00006641, US-00006648, US-00006663 | | |

| # | Description | Bates | | |
|---|---|---|---|---|
| 3-3 | Selected Telegram Chats | US-00006549, US-00006562, US-00006565, US-00006570, US-00006574, US-00006576, US-00006593, US-00006602, US-00006613, US-00006617, | | |
| 3-4 | M.C. Platform Chat Bank Info | US-00006671 | | |
| 3-5 | M.C. Wire Form | US-00006324 | | |
| | | | | |
| **GROUP 4 – Y.Z. Documents** | | | | |
| 4-1 | Y.Z. Chat Screenshots—Frank | US-00019895-19899 | | |
| 4-1A | Y.Z. Chat Screenshots—Frank (Translated) | | | |
| 4-2 | Y.Z. Chat Screenshots—FDEX | US-00019608-19612, US-00019614, US-00019613 | | |
| 4-3 | Y.Z. Wire Transfer Forms | US-00015592 | | |
| 4-4 | Y.Z. SoFi Loan Balance Screenshot | US-00019905 | | |
| 4-5 | Y.Z. SoFi Loan Agreement | US-00020270 | | |
| 4-5A | 902(11) Certification SoFi Loan Agreement | US-00020215 | | |
| | | | | |
| **GROUP 5 - iPhone 12 Pro Max (Item 1)** | | | | |
| 5-1 | iPhone 12 Pro Max (Item 1) | PHYSICAL | | |
| 5-2 | iPhone 12 Pro Max (Item 1) Preliminary Device Report and User Accounts | | | |
| 5-3 | iPhone 12 Pro Max Notes | | | |
| 5-4 | iPhone 12 Pro Max Images | | | |
| 5-5 | iPhone 12 Pro Max Video 1 | PHYSICAL | | |
| 5-6 | iPhone 12 Pro Max Video Clips | PHYSICAL | | |
| 5-7 | iPhone 12 Pro Max Video 2 | PHYSICAL | | |
| 5-8 | iPhone 12 Pro Max Video 2 Clips | PHYSICAL | | |
| 5-9 | iPhone 12 Pro Max Video 3 | PHYSICAL | | |
| 5-10 | iPhone 12 Pro Max Video 3 Clips | PHYSICAL | | |
| 5-11 | iPhone 12 Pro Max Nikki Chat | US-00016165 - PHYSICAL | | |
| 5-12 | Selected Nikki Chat | | | |
| 5-13 | iPhone 12 Pro Max Nikki Chat 4 | US-00016166 - PHYSICAL | | |
| 5-14 | Selected Nikki Chat 4 | | | |
| 5-15 | Selected Nikki Chat Embedded Photos | | | |

| | | | | |
|---|---|---|---|---|
| **GROUP 6 - iPhone 11 Pro Max (Item 10)** | | | | |
| 6-1 | iPhone 11 Pro Max (Item 10) | PHYSICAL | | |
| 6-2 | iPhone 11 Pro Max (Item 10) Preliminary Device Report and User Accounts | | | |
| 6-3 | iPhone 11 Pro Max Video 1 | PHYSICAL | | |
| 6-4 | iPhone 11 Pro Max Video 1 Clips | PHYSICAL | | |
| 6-5 | iPhone 11 Pro Max Video 2 | PHYSICAL | | |
| 6-6 | iPhone 11 Pro Max Video 1 Clips | PHYSICAL | | |
| | | | | |
| **GROUP 7 - iPhone 13 Pro Max (Item 5)** | | | | |
| 7-1 | iPhone 13 Pro Max | PHYSICAL | | |
| 7-2 | iPhone 13 Pro Max Preliminary Device Report | | | |
| 7-3 | iPhone 13 Pro Max Installed Applications | | | |
| 7-4 | iPhone 13 Pro Max User Accounts | | | |
| 7-5 | iPhone 13 Pro Max Notes | | | |
| 7-6 | iPhone 13 Pro Max Chats | | | |
| 7-7 | iPhone 13 Pro Max Documents | | | |
| | | | | |
| **GROUP 8 - iPhone 13 (Item 8)** | | | | |
| 8-1 | iPhone 13 (Item 8) | PHYSICAL | | |
| 8-2 | iPhone 13 (Item 8) Preliminary Device Report | | | |
| 8-3 | iPhone 13 User Accounts | | | |
| 8-4 | iPhone 13 Notes | | | |
| 8-5 | iPhone 13 Emails | | | |
| | | | | |
| **GROUP 9 - iPhone 11 Pro Max #2 (Chicago)** | | | | |
| 9-1 | **iPhone 11 Pro Max #2** | PHYSICAL | | |
| 9-2 | iPhone 11 Pro Max #2 GrayKey Report | | | |
| 9-3 | iPhone 11 Pro Max #2 User Accounts | | | |
| 9-4 | iPhone 11 Pro Max #2 Images | | | |
| 9-5 | SIM Cards | PHYSICAL | | |
| 9-6 | iPhone 11 Pro Max #2 Translated WeChat Messages (Excerpt) | | | |
| 9-6A | iPhone 11 Pro Max #2 WeChat Messages (Excerpt) | | | |
| 9-7 | iPhone 11 Pro Max #2 Video | PHYSICAL | | |
| 9-7A | iPhone 11 Pro Max #2 Video Still | | | |
| | | | | |
| **GROUP 10 - Bank of America (BofA) Documents and Records** | | | | |
| 10-1 | BofA x3881 Account Open Document | US-00001842 | | |
| 10-2 | *Intentionally Omitted* | | | |
| 10-3 | BofA x3881 Signature Card | US-00001855 | | |

| | | | | |
|---|---|---|---|---|
| 10-4 | BofA x3881 Bank Statements | US-00001869 | | |
| 10-4A | BofA 902(11) Certification x3881 | US-00001846 | | |
| 10-5 | BofA x9529 Signature Card | US-00009308 | | |
| 10-6 | BofA x9529 Statements | US-00007726 | | |
| 10-7 | BofA Wire Summary Chart for 9529 and 3881 | US-000016948 | | |
| 10-7A | BofA 902(11) Certification x9529 | US-00007771, US-00009331 | | |
| 10-8 | BofA x6689 Signature Card | US-00004918 | | |
| 10-9 | BofA x6689 Statements | US-00004920-4984 and US-00004912-4917 | | |
| 10-10 | BofA x6689 Statement, October 2022 | US-00004984 | | |
| 10-11 | BofA x6689 Final Statement, November 2022 | US-00004912 | | |
| 10-12 | BofA x2222 Credit Card Statement, Aug. to Sept. 2022 | US-00005135 | | |
| 10-13 | *Intentionally Omitted* | | | |
| 10-13A | BofA 902(11) Certification x6689 and x2222 | US-00005179 | | |
| 10-14 | *Intentionally Omitted* | | | |
| 10-14A | BofA 902(11) Certification Surveillance | US-00007771, U-00005179 | | |
| 10-15 | BofA Surveillance Video – Teller 12.9.22 $19,000 | US-00007795 – PHYSICAL | | |
| 10-15A | BofA Surveillance Video – Teller 12.9.22 Clip | PHYSICAL | | |
| 10-16 | BofA Surveillance Video – 20221031 | US-00004988 – PHYSICAL | | |
| 10-16A | BofA Surveillance Video – 20221031 Clip | PHYSICAL | | |
| 10-17 | BofA Surveillance Video – 20221028 | US-00004988 – PHYSICAL | | |
| 10-17A | BofA Surveillance Video – 20221028 and 20221031 Stills | | | |
| 10-18 | BofA TRMS | | | |
| | | | | |
| **GROUP 11 - JP Morgan Chase Documents and Records** | | | | |
| 11-1 | JPMC x3886 Signature Card | US-00002111 | | |
| 11-2 | JPMC x3886 Customer and IP Information | US-0002113-2159 | | |
| 11-3 | JPMC x3886 Statements, Sept. – Nov. 2022 | US-00002160-2172 | | |
| 11-3A | JPMC 902(11) Certification x3886 | US-00002109 | | |
| 11-4 | JPMC x3886 Account Suspension Stmt | US-00002182-83 | | |

| | | | | |
|---|---|---|---|---|
| 11-5 | JPMC 902(11) x3886 Acct Suspension | US-00002181 | | |
| 11-6 | JPMC x5581 Signature Card | US-0002002 | | |
| 11-7 | JPMC x5581 Customer Data and IP Information | US-00001967-2001 | | |
| 11-8 | JPMC x5581 Statements | US-00001961-66 | | |
| 11-8A | JPMC 902(11) Certification x5581 | US-00001960 | | |
| 11-9 | JPMC x5581 Restriction Letter | US-00001227 | | |
| 11-10 | JPMC Wire Forms | | | |
| 11-11 | JPMC List of Companies | | | |
| 11-11A | JPMC 902(11) Certification Wire Forms | | | |
| | | | | |
| **GROUP 12 - U.S. Bank Documents and Records** | | | | |
| 12-1 | US Bank x4148 Signature Card | US-00005760 | | |
| 12-2 | US Bank x4148 Statements | US-00005764 | | |
| 12-3 | *Intentionally Omitted* | | | |
| 12-3A | US Bank 902(11) Certification x4148 | US-00005755, US-00005758 | | |
| 12-4 | US Bank Customer Due Diligence Operations CTA Request Form | US-00006302-04 | | |
| 12-4A | US Bank 902(11) Certification CTA | US-00020004 | | |
| 12-5 | US Bank Surveillance Photos | US-00005750-5754 | | |
| 12-5A | US Bank 902(11) Certificate Surveillance | US-00018532 | | |
| 12-6 | US Bank Teller Log | US-00020109 | | |
| 12-6A | US Bank 902(11) Certificate Teller Log | US-00020107 | | |
| 12-7 | US Bank Account Closure Letter | US-00020108 | | |
| 12-7A | US Bank 902(11) Certificate Account Closure | US-00020106 | | |
| 12-8 | CTR | US-00005756 | | |
| | | | | |
| **GROUP 13 - Wells Fargo** | | | | |
| 13-1 | Wells Fargo x6778 Account Application | US-00007821 | | |
| 13-2 | Wells Fargo x6778 Statements | US-00007827 | | |
| 13-2A | Wells Fargo 902(11) Certification x6778 | US-00007820 | | |
| | | | | |
| **GROUP 14 - East West Bank Documents and Records** | | | | |
| 14-1 | East West Bank x 9074 Account Opening Information | US-00008877 | | |
| 14-2 | East West Bank x 9074 Statements | US-00008881 | | |
| 14-3 | East West Bank x 9074 Deposits and Offsets | US-00008873 | | |
| 14-3A | East West Bank 902(11) | US-00008871 | | |
| | | | | |
| **GROUP 15 - Search Materials** | | | | |
| 15-1 | Zhu Miranda Waiver | | | |

| | | | | |
|---|---|---|---|---|
| 15-2 | Zhu Statement – Audio | PHYSICAL | | |
| 15-2A | Zhu Statement – Full Translation | | | |
| 15-2B | Zhu Statement –Translation Excerpts | | | |
| 15-3 | Essex Ave Photos | | | |
| 15-4 | Falling Leaf Photos Group 1 | | | |
| 15-5 | Falling Leaf Photos Group 2 | | | |
| 15-6 | Falling Leaf Photos Group 3 | | | |
| 15-7 | Falling Leaf Photos Group 4 | | | |
| | | | | |
| **GROUP 16 - Other Investigative Material** | | | | |
| 16-1 | Bank Transaction Charts | | | |
| 16-2 | Simex Screenshots | US-00000991, US-00000995, US-00001004 | | |
| 16-3 | *Intentionally Omitted* | | | |
| 16-4 | Text of Wire Instructions | US-00001014 | | |
| 16-5 | List of Spoofed Domains | US-00001018 – PHYSICAL | | |
| 16-6 | Sea Dragon Remodel Articles of Organization and Statement of Information | US-00016951-16952 | | |
| 16-7 | Sea Dragon Trading LLC Articles of Organization and Statement of Information | US-00016957-16958 | | |
| 16-8 | California Secretary of State Certification Sea Dragon Entities | US-00016954, US-00016960 | | |
| 16-9 | Venetian Records – Account Overview | US-00005319 | | |
| 16-9A | Venetian 902(11) Certifications | US-00020110, US-00020111 | | |
| 16-9B | Venetian Records – Surveillance | US-00005473 | | |
| 16-10 | T-Mobile Subpoena Returns for x1816 | US-00005580 | | |
| 16-11 | T-Mobile Subscriber Records | US-00005588 – PHYSICAL | | |
| 16-11A | T-Mobile 902(11) Certification | US-00005579 | | |
| 16-12 | Visa Paperwork | US-00016170 | | |
| 16-12A | Visa Paperwork 902(11) Certification | US-00016169 | | |
| 16-13 | FDIC Certificates | US-00020072-20098 | | |
| 16-14 | Richard Cruz Resume | | | |
| 16-15 | Yang Wen Resume | | | |
| 16-16 | Alex Liu Resume | | | |
| 16-17 | Leyou Li Resume | | | |
| 16-18 | Picture of Joseph Wong | | | |
| 16-19 | Picture of Joseph Wong | | | |

Respectfully submitted,

Jessica D. Aber
United States Attorney

September 4, 2023        By:        /s/
                                    Zoe Bedell
                                    Assistant United States Attorney
                                    U.S. Attorney's Office
                                    2100 Jamieson Avenue
                                    Alexandria, Virginia 22314
                                    Tel: 703-299-3700
                                    Fax: 703-299-3981

                                    Stefanie Schwartz
                                    Trial Attorney