UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

HAILONG ZHU,
    *Defendant.*

Case No. 1:23-CR-81

## JUDGMENT OF ACQUITTAL

This matter came before the Court on the Defendant's Motion for Judgment of Acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure. Upon consideration of the motion and the arguments of counsel, for the reasons stated from the bench, it is hereby

ORDERED that the defendant's Motion for Judgment of Acquittal is GRANTED, and it is further

ORDERED and ADJUDGED that the defendant, Hailong Zhu, is acquitted, discharged, and any bond exonerated as to Count One of the Indictment, Conspiracy to Commit Bank Fraud.

/s/
Michael S. Nachmanoff
United States District Judge

September 7, 2023
Alexandria, Virginia